United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY ORTEGA,

          Plaintiff,

       v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, et al.,

          Defendants.

Case No.  15-cv-00699-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil

Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Fact discovery cut-off | 12/1/2015 |
| Defendant's opening motion for judgment | 1/28/2016 |
| Plaintiff's opening motion and opposition brief | 2/11/2016 |
| Defendant's opposition and reply briefs | 2/25/2016 |
| Plaintiff's reply brief | 3/3/2016 |
| Bench trial | 3/21/16 at 2:00 p.m. |

Counsel may not modify these dates without leave of court.  The parties shall comply with

the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire

counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

1    manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their

2    calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

3         Trial dates set by this Court should be regarded as firm.  Requests for continuance are

4    disfavored.  The Court will not consider any event subsequently scheduled by a party, party-

5    controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

6    a continuance.  The Court will not consider the pendency of settlement discussions as good cause

7    to grant a continuance.

8         IT IS SO ORDERED.

9    Dated: June 10, 2015

10

11   _____

        JON S. TIGAR

12      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2