UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ORTEGA, | Case No. 15-cv-00699-JST |
| Plaintiff, | |
| v. | **MINUTE ORDER NOTING DISMISSAL** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al., | Re: ECF No. 23 |
| Defendants. | |

The parties have filed a stipulation of dismissal dated October 16, 2015. ECF No. 23. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 19, 2015

_____
JON S. TIGAR
United States District Judge